# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLOUNT BROS. CONSTRUCTION, LLC

VERSUS

STATE OF LOUISIANA-
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, FIDELITY &
DEPOSIT COMPANY OF MARYLAND,
ZURICH AMERICAN INSURANCE
COMPANY, JANICE WILLIAMS AND
MIKE VOSBURG

NO.  2024 CW 0950

**JANUARY 13, 2025**

---

In Re:    Blount Bros. Construction, LLC, Blount Holdings, Inc.,
          Blount Bros. Construction, Inc., KHCD Properties, LLC,
          Aggregate Properties, LLC and C. Denzil Blount, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 662319.

---

BEFORE:    **THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **CHH**
                         **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT